FILED IN OPEN COURT
ON ___12/21/22___ BRH
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:22-CR-88-1FL-BM
NO. 4:22-CR-88-2FL-BM
NO. 4:22-CR-88-3FL-BM
NO. 4:22-CR-88-4FL-BM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>JAKIL DEANDRE BOND, )<br>MALIK JAREE BAZEMORE, )<br>TI'QUIRAN RODGERS )<br>BARRON NATHANIEL SHAW )<br>a/k/a "B-Slim" ) | **INDICTMENT**<br><br>Case: 1:23-mj-00056<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 3/10/2023<br>Description: Arrest Rule (5) |

The Grand Jury charges that:

## COUNT ONE

From on or about May 19, 2019, and continuing up to on or about November 7, 2021, in the Eastern District of North Carolina and elsewhere, JAKIL DEANDRE BOND, MALIK JAREE BAZEMORE, TI'QUIRAN RODGERS, and BARRON NATHANIEL SHAW, also known as "B-Slim," the defendants herein, and others known and unknown to the Grand Jury, did knowingly and unlawfully combine, conspire, agree and confederate with each other to commit offenses against the United States, that is, to knowingly and willfully engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924.

1

## Objection of the Conspiracy

The object of the conspiracy was for MALIK JAREE BAZEMORE and TI'QUIRAN RODGERS to obtain firearms and then transfer them to JAKIL DEANDRE BOND and BARRON NATHANIEL SHAW, also known as "B-Slim," who would then reimburse MALIK JAREE BAZEMORE and TI'QUIRAN RODGERS for the purchases, as well as compensate them for conducting the transactions.

## Manner and Means of the Conspiracy

1.      MALIK JAREE BAZEMORE and TI'QUIRAN RODGERS, both being residents of the Eastern District of North Carolina, both obtained a North Carolina Concealed Handgun Permit, in part, to purchase firearms in North Carolina.

2.      MALIK JAREE BAZEMORE and TI'QUIRAN RODGERS went to Federal Firearms Licensees (FFLs) in the Eastern District of North Carolina to purchase firearms for JAKIL DEANDRE BOND and BARRON NATHANIEL SHAW, also known as "B-Slim."

3.      After purchasing the firearms, JAKIL DEANDRE BOND and BARRON NATHANIEL SHAW, also known as "B-Slim," would reimburse both MALIK JAREE BAZEMORE and TI'QUIRAN RODGERS, and then pay them for completing the transactions.

4.      MALIK JAREE BAZEMORE and TI'QUIRAN RODGERS would then transfer the firearms to JAKIL DEANDRE BOND and BARRON NATHANIEL SHAW, also known as "B-Slim."

2

## Overt Acts

In furtherance of the conspiracy and to effect the objects of the conspiracy, the defendants and others, known and unknown to the Grand Jury, did commit, among others, the following overt acts:

1.     On or about May 19, 2019, MALIK JAREE BAZEMORE purchased a Glock 23 .40 caliber pistol at the request of JAKIL DEANDRE BOND, and then transferred the firearm to JAKIL DEANDRE BOND.

2.     On or about June 9, 2019, MALIK JAREE BAZEMORE purchased a Taurus PT111 G2A 9mm pistol at the request of JAKIL DEANDRE BOND, and then transferred the firearm to JAKIL DEANDRE BOND.

3.     From on or about November 29, 2019, and continuing up to on or about November 7, 2021, TI'QUIRAN RODGERS purchased firearms at the request of JAKIL DEANDRE BOND and BARRON NATHANIEL SHAW, also known as "B-Slim," and then transferred the firearms to JAKIL DEANDRE BOND and BARRON NATHANIEL SHAW, also known as "B-Slim."

All in violation of Title 18, United States Code, Section 371.

### COUNT TWO

Beginning on or about May 19, 2019, and continuing up to on or about November 7, 2021, in the Eastern District of North Carolina and elsewhere, JAKIL DEANDRE BOND, MALIK JAREE BAZEMORE, TI'QUIRAN RODGERS, and BARRON NATHANIEL SHAW, also known as "B-Slim," the defendants herein, not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United

3

States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT THREE

Beginning on or about May 19, 2019, and continuing up to on or about November 7, 2021, in the Eastern District of North Carolina and elsewhere, the defendants, JAKIL DEANDRE BOND, MALIK JAREE BAZEMORE, and TI'QUIRAN RODGERS, not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer firearms to another person, said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of North Carolina, the State in which the defendants were residing at the time of the aforesaid transfer, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

## COUNTS FOUR THROUGH EIGHT

On or about the dates hereinafter set forth, within the Eastern District of North Carolina, MALIK JAREE BAZEMORE, in connection with the acquisition of firearms from licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made false and fictitious statements, oral and written, to the licensed firearm dealers, which statements were intended and likely to deceive the licensed firearm dealers as to a fact material to the lawfulness of such sale of the firearms to the defendant under Chapter 44 of Title 18, in that the

4

defendant did execute Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual transferee or buyer of the firearms indicated on the Form 4473, when in fact as the defendant then knew, he was not the actual transferee or buyer of the firearms. The allegations in this paragraph are repeated and re-alleged in each of the following Counts Four through Eight of this Indictment, as though fully set fourth therein:

| Count | On or About | Licensed Firearms Dealer | Firearm(s) |
|-------|-------------|--------------------------|------------|
| Four | May 19, 2019 | Mackey's Landing Marina, Jamesville, NC | Glock 23 .40 caliber pistol |
| Five | June 9, 2019 | Mackey's Landing Marina, Jamesville, NC | Taurus PT111 G2A 9mm pistol |
| Six | June 22, 2019 | Chauncey's, Elizabeth City, NC | Glock 30 .45 caliber pistol |
| Seven | June 23, 2019 | Academy Sports, Greenville, NC | Taurus PT111 G2A .9mm pistol |
| Eight | September 25, 2019 | Tamz Guns & Ammo, Ahoskie, NC | Glock 22 .40 caliber pistol |

Each of the above counts constituting a separate violation of Title 18, United States Code, Sections 922(a)(6) and 924.

## COUNTS NINE THROUGH FIFTEEN

On or about the dates hereinafter set forth, within the Eastern District of North Carolina, TI'QUIRAN RODGERS, in connection with the acquisition of firearms from licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made false and fictitious statements, oral and written, to the licensed firearm dealers, which statements were intended and likely

5

to deceive the licensed firearm dealers as to a fact material to the lawfulness of such sale of the firearms to the defendant under Chapter 44 of Title 18, in that the defendant did execute Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the actual transferee or buyer of the firearms indicated on the Form 4473, when in fact as the defendant then knew, he was not the actual transferee or buyer of the firearms.  The allegations in this paragraph are repeated and re-alleged in each of the following Counts Nine through Fifteen of this Indictment, as though fully set fourth therein:

| Count | On or About | Licensed Firearms Dealer | Firearm(s) |
|---|---|---|---|
| Nine | November 29, 2019 | Mackey's Landing Marina, Jamesville, NC | Springfield Arms HS Product XD9 9mm pistol |
| Ten | July 11, 2020 | Academy Sports, Greenville, NC | Smith and Wesson M&P Shield 9mm pistol |
| Eleven | July 24, 2020 | Semper Fi Guns, Jacksonville, NC | (1) Cugir WASR-10 7.62 rifle, (1) Century Arms C39V2 7.62 rifle |
| Twelve | July 30, 2020 | Mackey's Landing Marina, Jamesville, NC | Glock GMBH 32 .357 caliber pistol |
| Thirteen | October 26, 2020 | Mackey's Landing Marina, Jamesville, NC | Glock 23 GEN4 .40 caliber pistol |
| Fourteen | August 8, 2021 | Mackey's Landing Marina, Jamesville, NC | Glock 23 .40 caliber pistol |
| Fifteen | November 7, 2021 | Academy Sports, Greenville, NC | Glock 30 GEN4 .45 caliber pistol |

6

Each of the above counts constituting a separate violation of Title 18, United States Code, Sections 922(a)(6) and 924.

FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or that were intended to be used in any offense identified in 18 U.S.C. § 924(d)(3), or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendants at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

(1)    Glock Model 23, .40 caliber pistol, bearing serial number WEB142;

(2)    Glock Model 30, .45 caliber pistol, bearing serial number VDH571;

(3)    Glock Model 22, .40 caliber pistol, bearing serial number BECV501;

(4)    Taurus Model PT111 G2A, 9mm pistol, bearing serial number TMR34120;

7

(5)    Taurus Model PT111 G2A, 9mm pistol, bearing serial number TMD36029;

(6)    Springfield Arms HS Product XD9, 9mm pistol, bearing serial number AT173213;

(7)    Century Arms C39V2, 7.62 caliber rifle, bearing serial number C39P2A06084;

(8)    Cugir WASR-10, 7.62 caliber rifle, bearing serial number A1-7787-20;

(9)    Glock GMBH Model 32, .357 caliber pistol, bearing serial number BKMG550;

(10)   Glock Model 23 GEN4, .40 caliber pistol, bearing serial number YVD179;

(11)   Glock GMBH 23 .40 caliber pistol, bearing serial number BSYK177;

(12)   Glock GMBH 30 GEN4 .45 caliber pistol, bearing serial number BUSW549; and

(13)   All related magazines and ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant –

(1)    cannot be located upon the exercise of due diligence;

(2)    has been transferred or sold to, or deposited with, a third person;

(3)    has been placed beyond the jurisdiction of the court;

(4)    has been substantially diminished in value; or

(5)    has been commingled with other property which cannot be subdivided

without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), to seek forfeiture of any other property of said defendant up to the value of

the above forfeitable property.

A TRUE BILL:

FOREPERSON

REDACTED VERSION
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

12/20/2022
DATE

MICHAEL F. EASLEY, JR.
United States Attorney

BY: AAKASH SINGH
    Assistant United States Attorney

BY: LEONARD CHAMPAIGN
    Assistant United States Attorney

9